1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
         United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00229-AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND THE DEFENDANTS |
| v. | |
| SCOTT T. CARLTON, ROBERT J. BEJARANO, and MATTHEW L. COCOLA, | |
| Defendants. | |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including but not limited to Social Security numbers, dates of birth, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

WHEREAS, the parties agree that entry of a stipulated protective order is appropriate.

NOW, THEREFORE, defendants SCOTT T. CARLTON, ROBERT J. BEJARANO and MATTHEW L. COCOLA, by and through their counsels of record ("Defense Counsel"), and plaintiff the United States of America, by and through its counsel of record, hereby agree and stipulate as

follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit a defendant to view unredacted documents in the presence of her attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow either defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

///
///
///
///
///
///
///

7. In the event that either defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: August 25, 2015      BENJAMIN B. WAGNER
United States Attorney

/s/ MARK J. McKEON
MARK J. MCKEON
Assistant United States Attorney

Dated: August 25, 2015      /s/ ROGER DALE WILSON
ROGER DALE WILSON
Counsel for Defendant SCOTT T. CARLTON

Dated: August 25, 2015      /s/ CHARLES LEE
CHARLES LEE
Counsel for Defendant ROBERT J. BEJARANO

Dated: August 25, 2015      /s/ DANIEL ALEX BACON
DANIEL ALEX BACON
Counsel for Defendant MATTHEW L. COCOLA

**ORDER**

IT IS SO ORDERED.

Dated:   **August 27, 2015**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE