BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00229-AWI-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| SCOTT T. CARLTON<br>ROBERT J. BEJARANO, AND<br>MATTHEW L. COCOLA, | DATE: April 25, 2016<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |
| Defendants. | |

**STIPULATION**

1.    By previous order, this matter was set for status on March 28, 2016.

2.    By this stipulation, defendants now move to continue the status conference until April 25, 2016, and to exclude time between March 28, 2016, and April 25, 2016, under 18 U.S.C. § 3161(h)(7)(A), B(iv).

3.    The parties agree and stipulate, and request that the Court find the following:

a)    Counsel for defendants desire additional time to consult with their clients, conduct investigations and research related to the charges, review discovery, and to discuss potential resolutions with their client.

b)    Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.

        c)      The government does not object to the continuance.

        d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 28, 2016 to April 25, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 28, 2016                          BENJAMIN B. WAGNER
                                                 United States Attorney


                                                 /s/ MARK J. McKEON
                                                 MARK J. McKEON
                                                 Assistant United States Attorney

Dated: January 28, 2016                          /s/ ROGER DALE WILSON
                                                 ROGER DALE WILSON
                                                 Counsel for Defendant
                                                 SCOTT T. CARLTON

Dated: January 28, 2016                          /s/ CHARLES LEE
                                                 CHARLES LEE
                                                 Counsel for Defendant
                                                 ROBERT J. BEJARANO


Dated: January 28, 2016                          /s/ DANIEL ALEX BACON
                                                 DANIEL ALEX BACON
                                                 Counsel for Defendant
                                                 MATTHEW L. COCOLA


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED THAT the 2nd Status Conference is continued from March 28, 2016 to April 25, 2016 at 1:00PM before Judge McAuliffe.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:   **February 8, 2016**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE