**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2377 West Shaw Avenue, Suite 208
Fresno, California 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant, SCOTT T. CARLETON

f(SPACE BELOW FOR FILING STAMP ONLY)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **1:15-CR-00229 AWI-BAM -(01)** |
| Plaintiff, | |
| v. | **WAIVER OF APPEARANCE; [PROPOSED] ORDER.** |
| SCOTT T. CARLETON, | |
| Defendant. | |

**TO THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE, BY AND THROUGH ITS REPRESENTATIVES:**

Defendant SCOTT T. CARLETON by and through his attorney, ROGER D. WILSON, hereby applies to this Court for an Order waiving his appearance at the Status Conference currently scheduled for April 25, 2016, at 1:00 p.m., before the Honorable Magistrate Judge Barbara A. McAuliffe. This request is made because counsel for Mr. Carleton requires additional time to review and analyze the discovery related to this matter in order to explore a meaningful disposition of the case.

Therefore, in all likelihood, a further status hearing will be scheduled at the next hearing.

///

Mr. Carleton has maintained regular and routine contact with his counsel, and gives his counsel full authority to act on his behalf at the next hearing.  Mr. Carleton has discussed the upcoming Status Conference with counsel and is satisfied that all relevant matters have been adequately reviewed and explained.

Lastly, Mr. Carleton's counsel has discussed this waiver of appearance with counsel for the Government, who had no objection.

It is hereby requested that Defendant SCOTT CARLETON'S appearance at the April 25, 2016, Status Conference be excused.

Respectfully submitted,

Dated: April 11, 2016    By:    /s/ Roger D. Wilson
**ROGER D. WILSON**
Attorney for Defendant SCOTT CARLETON

--o0o--

## **ORDER**

Defendant **ALI MOSARAH'S** request for a waiver of appearance came before this Court and based thereon, and for **GOOD CAUSE** shown, the **COURT ORDERS AS FOLLOWS**:

Defendant **SCOTT CARLETON** is hereby excused from appearing at the Status Conference currently scheduled April 25, 2016, at 1:00 p.m.

IT IS SO ORDERED.

Dated: **April 12, 2016**      /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE