**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2377 West Shaw Avenue, Suite 208
Fresno, California 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant, SCOTT T. CARLETON

f(SPACE BELOW FOR FILING STAMP ONLY)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **1:15-CR-00229 DAD-BAM** |
| Plaintiff, | |
| v. | **WAIVER OF APPEARANCE; [PROPOSED] ORDER.** |
| SCOTT T. CARLETON, | |
| Defendant. | |

**TO THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE, BY AND THROUGH ITS REPRESENTATIVES:**

Defendant SCOTT T. CARLETON by and through his attorney, ROGER D. WILSON, hereby applies to this Court for an Order waiving his appearance at the Status Conference currently scheduled for September 11, 2017 at 1:00 p.m., before the Honorable Magistrate Judge Barbara A. McAuliffe. This request is made because Mr. Carleton's appearance at the next hearing will not be required as it is not a dispositive motion hearing, there have been no new developments in this matter, and therefore, in all likelihood, a further status hearing will be scheduled at the next hearing.

Mr. Carleton has maintained regular and routine contact with his counsel, and gives his counsel full authority to act on his behalf at the next hearing. Mr. Carleton has discussed the

upcoming Status Conference with counsel and is satisfied that all relevant matters have been adequately reviewed and explained.

Lastly, Mr. Carleton's counsel has discussed this waiver of appearance with counsel for the Government, who had no objection.

It is hereby requested that Defendant SCOTT CARLETON'S appearance at the September 11, 2017, Status Conference be excused.

Respectfully submitted,

Dated: August 9, 2017      By:      /s/ Roger D. Wilson
                                         **ROGER D. WILSON**
                                    Attorney for Defendant SCOTT CARLETON

--o0o--

### [PROPOSED] ORDER

Defendant SCOTT CARLTON'S request for a waiver of appearance came before this Court and based thereon, and for **GOOD CAUSE** shown, the **COURT ORDERS AS FOLLOWS**:

Defendant **SCOTT CARLTON** is hereby excused from appearing at the Status Conference currently scheduled September 11, 2017, at 1:00 p.m.

IT IS SO ORDERED.

Dated: **August 30, 2017**            /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE