**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2377 West Shaw Avenue, Suite 208
Fresno, California 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant, SCOTT T. CARLETON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT T. CARLTON,<br><br>Defendant. | Case No.: **1:15-CR-00229 DAD-BAM**<br><br>**STIPULATION TO CHANGE OF PLEA; VACATE TRIAL CONFIRMATION HEARING; AND VACATE TRIAL DATE; ORDER.** |

Defendant SCOTT T. CARLETON by and through his attorney, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record MCGREGOR SCOTT, United States Attorney, and MARK J. MCKEON, Assistant U.S. Attorney, hereby stipulate as follows:

1. By previous order, a trial confirmation hearing was set for October 22, 2018 at 1:30 p.m. in Courtroom 5. [Doc. No. 60]

2. By this stipulation, the parties request that the trial confirmation hearing scheduled on October 22, 2018 be vacated.

3. By previous order, a trial date was set for November 6, 2018 at 1:00 p.m. in Courtroom 5. [Doc No. 60]

///

4. By this stipulation, the parties request that the trial date currently scheduled on November 6, 2018 be vacated.

5. The parties agree and stipulate and request that the Court find the following:

    a. On August 21, 2015, defendant entered a not guilty plea before Magistrate Judge Sheila Oberto;

    b. Counsel for defendant met with defendant on October 14, 2018 to discuss this matter and at that time defendant advised counsel of certain serious and immediate medical issues that may require hospitalization;

6. By this stipulation the parties request a change of plea hearing to be set for December 10, 2018, or at a time thereafter that is convenient to the court.

7. Defendant agrees to exclude time up to December 10, 2018 pursuant to 18 U.S.C. § 3161(3)(A) (unavailability of the Defendant), and (4) (Defendant physically unable to stand trial).

Counsel for defendant discussed the request to vacate the pretrial conference and trial dates with Assistant United States Attorney Mark J. McKeon before making the request of the Court.

Defendant has discussed the upcoming change of plea hearing with counsel and is satisfied that all relevant matters have been adequately reviewed and explained.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 19, 2018      By: /s/ *Roger D. Wilson*
                                       **ROGER D. WILSON**
                                Attorney for RICHARD WILLIAM ANDERSON

Dated: October 19, 2018      By: /s/ Mark J. McKeon
                                       **MARK J. MCKEON**
                                Assistant United States Attorney

--o0o--

**<u>ORDER</u>**

GOOD CAUSE APPEARING, the above stipulation to set a change of plea hearing for December 10, 2018; to vacate the trial confirmation hearing of October 22, 2018; and to vacate the jury trial date of November 6, 2018, is hereby approved and the modifications set forth in paragraphs Two (2), Four (4), Five (5), Six (6) and Seven (7) of the Stipulation are adopted as findings by the Court. As stipulated by the parties, time is hereby excluded up to December 10, 2018 pursuant to 18 U.S.C. § 3161(h)(3)(A) (unavailability of the Defendant), and (h)(4) (Defendant physically unable to stand trial).

IT IS SO ORDERED.

Dated: **October 19, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE