| | |
|---|---|
| 1 | **ROGER D. WILSON SBN: 192207** |
| | LAW OFFICE OF ROGER D. WILSON |
| 2 | 2377 West Shaw Avenue, Suite 208 |
| | Fresno, California 93711 |
| 3 | Telephone: (559) 233-4100 |
| | Facsimile: (559) 746-7200 |
| 4 | Email: roger@wilson-law.com |

Attorney for Defendant, SCOTT T. CARLTON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **1:15-CR-00229 DAD-BAM** |
| Plaintiff, | |
| v. | **STIPULATION TO VACATE CURRENT SENTENCING DATE; STIPULATION TO SET A NEW SENTENCING DATE; ORDER.** |
| SCOTT T. CARLTON, | |
| Defendant. | |

Defendant SCOTT T. CARLTON by and through his attorney, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record MCGREGOR SCOTT, United States Attorney, and MARK J. MCKEON, Assistant U.S. Attorney, hereby stipulate as follows:

1. The parties agree and stipulate and request that the Court find the following:

2. Counsel for defendant met with defendant on October 14, 2018 to discuss this matter and at that time defendant advised counsel of certain serious and immediate medical issues that may require hospitalization;

3. On December 10, 2018, defendant entered a plea of guilty before District Judge Dale A. Drozd. [Doc. No. 64]

///

1

4. On December 10, 2018, sentencing was set for March 25, 2019, and defendant was ordered to meet with U.S. Probation to set up an appointment for the pre-sentence report and recommendation. [Doc No. 64]

5. On January 28, 2019, defendant communicated with counsel that he would be undergoing surgery on his knee on February 15, 2019, to be followed by required surgery on his colon, both necessitating some recovery time.

6. By this stipulation, the parties request that the sentencing date currently scheduled on March 25, 2019 be vacated and a new sentencing date for May 6, 2019, or at a time that is convenient to the court, be set.

Counsel for defendant discussed the request to vacate the current sentencing date and request a new sentencing date with Assistant United States Attorney Mark J. McKeon and with United States Probation Officer Megan Pascual before making the request of the Court.

Counsel has discussed the upcoming sentencing date with defendant and is satisfied that all relevant matters have been adequately reviewed and explained.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: January 29, 2019   By:   /s/ *Roger D. Wilson*
**ROGER D. WILSON**
Attorney for SCOTT T. CARLTON

Dated: January 29, 2019   By:   /s/ Mark J. McKeon
MARK J. MCKEON
Assistant United States Attorney

--o0o--

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | IT IS SO FOUND AND ORDERED that the above Stipulation to vacate the currently |
| 4 | scheduled sentencing date of March 25, 2019; and to set a new sentencing date of May 6, 2019, |
| 5 | is hereby approved and the modifications set forth in paragraphs Four (4), Five (5) and Six (6) |
| 6 | of the Stipulation are adopted as findings by the Court. |

# ORDER

IT IS SO FOUND AND ORDERED that the above Stipulation to vacate the currently scheduled sentencing date of March 25, 2019; and to set a new sentencing date of May 6, 2019, is hereby approved and the modifications set forth in paragraphs Four (4), Five (5) and Six (6) of the Stipulation are adopted as findings by the Court.

IT IS SO ORDERED.

Dated: **January 30, 2019**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE