# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **1:15-CR-00229 DAD-BAM** |
| Plaintiff, | |
| v. | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |
| SCOTT T. CARLTON | |
| Defendant. | |

The Court has read and considered defendant Scott T. Carlton's request to seal documents. The Court finds compelling reasons to file the documents under seal. Therefore, the request of Roger D. Wilson, attorney for Scott T. Carlton, is granted.

The Clerk of the Court is directed to file the Supplement to Defendant's Formal Objections to Defendant's Presentence Investigation Report and Sentencing Memorandum and Attachments, and the Notice of Request, under seal.

IT IS SO ORDERED.

Dated: **May 7, 2019**

_____
UNITED STATES DISTRICT JUDGE