UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Dale A. Drozd
United States District Judge
Fresno, California

        RE: **SCOTT T. CARLTON**
            Docket Number: 0972 1:15CR00229
            <u>**REQUEST FOR DISMISSAL OF**</u>
            <u>**VIOLATION PETITION**</u>

Your Honor:

Scott T. Carlton is now stable on his medication and in compliance with his terms and conditions of supervision. Therefore, the Probation Office respectfully recommends the Probation Form 12C, Petition for Warrant, filed on July 1, 2019, be dismissed.

                              Respectfully submitted,

                                /s/ Julie Martin

                                Julie Martin
                                Sr. United States Probation Officer

Dated:    August 19, 2019
            Bakersfield, California

---

## ORDER OF THE COURT

**The Court orders:**

    ☒ The dismissal of the violation petition filed on July 1, 2019.

IT IS SO ORDERED.

  Dated:   **August 19, 2019**                      /s/ Dale A. Drozd
                                                           UNITED STATES DISTRICT JUDGE

CC:
United States Probation
Assistant United States Attorney

REV. 03/2017

**RE: MARIO JUAN TOMAS**
    **Docket Number: 0972 1:18MJ00163-001**
    <u>**RECALL OF FEDERAL WARRANT**</u>

Defense Counsel