**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Dale A. Drozd<br>United States District Judge<br>Fresno, California | RE:  **Scott T. Carlton**<br>       **Docket Number:  0972 1:15CR00229-1**<br>       <u>**REQUEST FOR DISMISSAL OF**</u><br>       <u>**VIOLATION PETITIOIN**</u> |

Your Honor:

On August 20, 2020, Scott Carlton entered The Mission at Kern County (The Mission). The Mission is an 18-month residential drug treatment program. A Probation Form 12B, Petition to Modify the Conditions of Supervision with Consent of the Offender will be filed with the Court adding the participation and completion of The Mission residential program as a condition of his probation. Therefore, the Probation Officer respectfully recommends the Probation Form 12C, Petition for Warrant, signed August 11, 2020, be dismissed.

Respectfully submitted,

*/s/ Adam Tunison*

**Adam Tunison**
**Sr. United States Probation Officer**

Dated:   September 2, 2020
         Visalia, California

---

**ORDER OF THE COURT**

**THE COURT ORDERS: The dismissal of the violation petition filed on August 11, 2020.**

☒ Approved          ☐ Disapproved

IT IS SO ORDERED.

Dated:   **September 3, 2020**          _____
                                         *Dale A. Drozd*
                                         UNITED STATES DISTRICT JUDGE

1

RE:   Scott T. Carlton
      Docket Number:   0972 1:15CR00229-1
      **REQUEST FOR DISMISSAL OF VIOLATION PETITIOIN**

Attachment(s)

cc:

Fresno Forfeiture Unit
Mark J. McKeon
Henry Z. Carbajal III
Assistant United States Attorney

Roger Dale Wilson
Defense Counsel